## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:  
TIMOTHY MILLER and  )  Case No. 12-11974-ABC  
TERESA MILLER           )  
Debtors.                       )  Chapter 13  
                                    )  

_____

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN
### AND DEADLINE FOR FILING OBJECTIONS THERETO
_____

**OBJECTION DEADLINE:   May 16, 2012   .**

    NOTICE IS HEREBY GIVEN that the Debtor(s) filed a Chapter 13 Plan on April 16, 2012. A copy of the Chapter 13 Plan is attached.

    If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline stated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

    Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

    If no objections are filed, the amended plan may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

    If objections are filed, the matter will be set for a hearing upon the filing of a Certificate and Motion to Determine Notice in substantial conformity with L.B. Form 3015-1.5.

Dated: April 17, 2012                          By:  /s/ Stephen C. Harkess_____  
                                                       *Counsel to Debtors*  
                                                       Attorney registration number 30968  
                                                       Harkess & Salter, LLC  
                                                       1075 S Yukon Street, Suite 305  
                                                       Lakewood, CO 80226  
                                                       (303) 531-5380

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan, and the foregoing were served by placing the same in the United States Mail, first class postage pre-paid, this April 17, 2012 to the following:

Sally J. Zeman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

                    By: _/s/ Eric M. Herr_____