UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>TIMOTHY LEE MILLER and<br>TERESA ANN MILLER<br><br>        Debtors | Chapter 13<br><br>Case No. 12-11974-ABC |
| TIMOTHY LEE MILLER and<br>TERESA ANN MILLER<br>        Debtors/Movants<br><br>v.<br><br>OCWEN LOAN SERVICING LLC<br>        Respondent | |

**NOTICE OF MOTION TO DETERMINE SECURED STATUS**

# OBJECTION DEADLINE: May 9, 2012.

**YOU ARE HEREBY NOTIFIED** that Timothy and Teresa Miller have filed a Motion to Determine Secured Status Pursuant to 11 U.S.C. §506, with the bankruptcy court and requests the following relief:  a determination that the value of the Debtors' residence at 2260 Lansing Street, Aurora, CO 80010 is less than the amount due on the most senior deed of trust held by American Home Mtg Servicing and that the second deed of trust presently held by Ocwen Loan Servicing LLC is wholly unsecured.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED:  April 18, 2012

HARKESS & SALTER

 /s/ Stephen C. Harkess
Stephen. C. Harkess, # 30968
Attorney for Debtors
1075 S Yukon Street, Ste. 305
Lakewood, Colorado 80226
(303) 531-5380

**CERTIFICATE OF MAILING**

I certify that a true and correct copy of the Motion to Determine Secured Status and Notice of Motion to Determine Secured Status were placed in the US Mail, postage pre-paid, on April 18, 2012, addressed to the following creditors:

VIA CERTIFIED MAIL:

Ocwen Loan Servicing LLC
Attn: Bankruptcy Department
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409

Ocwen Loan Serving LLC
Attn: Ronald M Faris, President
2002 Summit Blvd., 6th Fl.
Atlanta, GA 30319

Ocwen Loan Servicing LLC
Corporation Service Company
1560 Broadway Ste 2090
Denver, CO 80202

VIA US MAIL

Timothy and Teresa Miller
2260 Lansing Street
Aurora, CO 80010

Sally Zeman
Chapter 13 Trustee's Office
PO Box 1169
Denver, CO 80203

/s/ Stephen C. Harkess_____